[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 27, 2007
THOMAS K. KAHN
CLERK

No. 06-13706
Non-Argument Calendar

D. C. Docket No. 03-61674-CV-JIC

JOSEPH D. HARBAUGH,

Plaintiff-Appellant,

versus

CHRISTIAN RENE GRESLIN, et al.,

Defendants,

PYRROS N. VARDINOYANNIS,

Interpleader-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

**(February 27, 2007)**

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

The sole issue in this appeal is whether the district court erred in

dismissing appellant's interpleader complaint against the impleaded third party for lack of personal jurisdiction. In its dispositive order of June 2, 2006, the district court concluded that appellant "failed to satisfy any jurisdictional prerequisites of Florida's long-arm statute." Therefore, the court did not proceed with the second aspect of personal jurisdiction analysis, i.e., whether exercising jurisdiction over the third party would deny that party due process of law.

We find no error in the court's determination that appellant failed to establish the jurisdictional prerequisites of Florida's long-arm statute, and thus affirm the court's dismissal of the interpleader complaint.

**AFFIRMED.**